AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| SHAWNTELLE DEMON MAY | ) Case No: 02-00182-001 |
| | ) USM No: 0853-003 |
| Date of Original Judgment: 10-09-2003 | ) |
| Date of Previous Amended Judgment: 06-06-2008 | ) Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __181__ months **is reduced to** __180 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

This sentence consists of 120 months (the statutory mandatory minimum) on Count 2, and 60 months, consecutive, on Count 3. The sentence on Count 3 is not subject to reduction under the drug guideline amendments.

Except as otherwise provided, all provisions of the judgment dated __10-09-2003__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 07-27-2015

Callie V.S. Granade
U.S. District Judge

*Judge's signature*

Digitally signed by Callie V.S. Granade U.S. District Judge
DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2015.07.24 14:26:35 -06'00'

Effective Date: 11-01-2015
*(if different from order date)*

United States District Judge
*Printed name and title*